AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Nebraska

| | |
|---|---|
| United States of America<br>v.<br><br>CARINA GUADALUPE SALAZAR-ZUNIGA<br><br>*Defendant(s)* | ) ) ) ) ) ) ) )<br>Case No.  8:25MJ386 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 28, 2025,__ in the county of __Douglas__ in the _____ District of __Nebraska__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1546(a) | Fraud and Misuse of Visas, Permits and Other Documents |

This criminal complaint is based on these facts:

See Attached Affidavit.

☐ Continued on the attached sheet.

_____
*Complainant's signature*

Mark Lee, SA, HSI
*Printed name and title*

☐ Sworn to before me and signed in my presence.

☑ Sworn to before me by telephone or other reliable electronic means.

Date: 7/1/2025

_____
*Judge's signature*

City and state:  Omaha, Nebraska

MICHAEL D. NELSON, U.S. Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>CARINA GUADALUPE SALAZAR-ZUNIGA,<br><br>    Defendant. | CASE NO: 8:25MJ386 |

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT
FOR THE ARREST OF GUADALUPE CABRERA MEJIA**

Your Affiant, Mark Lee, being duly sworn, does depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1. I am a Special Agent with the United States Department of Homeland Security (DHS), Homeland Security Investigations (HSI), Immigration and Customs Enforcement (ICE), and I have been personally involved in the investigation of this matter. I have been a special agent with the federal government for approximately eighteen (18) years. Prior to this, I worked as an Immigration Enforcement Agent with the Enforcement and Removal Office (ERO) within ICE in Bloomington, Minnesota, for four (4) years. I have been employed by HSI since July 2007.

2. I am currently assigned to the HSI Omaha Field Office in Omaha, Nebraska. I am responsible for enforcing federal criminal statutes, including, among others, violations of Title 8 (Aliens and Nationality) of the United States Code (U.S.C.). I have received training and have experience relating to the enforcement of Federal Criminal Procedures, Federal Statutes, and U.S. Immigration and Customs regulations. My responsibilities as an HSI Special Agent include investigating criminal violations

involving the immigration and nationality laws of the of the United States.  As a Special Agent of HSI, I am authorized to investigate violations of laws under Title 18 (Crimes and Criminal Procedure of the United States), and I am a law enforcement officer with authority to execute arrest and search warrants under the authority of the United States.

3. The statements contained in this affidavit are based upon information provided to me by HSI special agents; other law enforcement personnel; my personal observations, training and experience; and review of relevant records related to this investigation.  Because this affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not included every fact known to me concerning this investigation.  I have set forth the facts I believe are necessary to establish probable cause to believe evidence of violations of Title 18, United States Code, Section 1546(a) (Fraud and Misuse of Visas, Permits, and Other Documents) have occurred.

## **PROBABLE CAUSE**

4. Angela URRUTIA-CRUZ and her husband, Miguel SALAZAR-ZUNIGA, are charged in case number 8:25CR128 in the United States District Court for the District of Nebraska.  The charges resulted from an investigation for unlawful harboring of aliens and unlawful employment of aliens.

5. Investigators learned of **Carina Guadalupe SALAZAR-ZUNIGA** during the investigation of Angela URRUTIA-CRUZ and her husband, Miguel SALAZAR-ZUNIGA, for unlawful harboring of aliens and unlawful employment of those aliens. During the investigation, agents surveilled the residence of Angela URRUTIA-CRUZ and Miguel SALAZAR-ZUNIGA, identified as 5524 N. 34th Street, Omaha, Nebraska (hereinafter: ADDRESS 5524).  During the surveillance of ADDRESS 5524, agents

observed numerous individuals believed to be foreign nationals who illegally entered the United States living in the house and outbuildings of ADDRESS 5524.

6. On May 28, 2025, your Affiant, other Special Agents, and State and Federal Officers encountered **Carina Guadalupe SALAZAR-ZUNIGA** during the execution of a federal search warrant issued by this Court at ADDRESS 5524 in the garage/outbuilding of ADDRESS 5524. The search warrant authorized the seizure of items related to violations of Title 8, United States Code, Section 1324 (Bringing in and Harboring Certain Aliens).

7. During the search of ADDRESS 5524, outbuildings, and vehicles associated with ADDRESS 5524, agents discovered and seized two suspected fraudulent identification documents found together bearing the name Guadalupe Zuniga or variation thereof.

8. One of the identification documents seized pursuant to the search was a suspected counterfeit permanent resident card (Form I-551), number XXX-XX-917, bearing the name Zuniga Guadalupe. The birthdate list on the card is October 11, 1982. The country of birth listed on the card is Mexico. The expiration date listed on the card is April 21, 2024. The card lists the possessor has been a resident since July 13, 2024. The photograph on the suspected counterfeit permanent resident card appears to be **Carina Guadalupe SALAZAR-ZUNIGA**. Special agents also discovered and seized a suspected counterfeit social security card bearing number XXX-XX-7969, issued in the name Guadalupe Zuniga and containing the signature of Guadalupe Zuniga.

9. Immigration record checks show the number listed on permanent resident card number XXX-XXX-917 is a valid number issued by the former Immigration and

Naturalization Service (INS), now U.S. Citizenship and Immigration Services (USCIS), in a different name to a female born in the Philippines who never made lawful entry into the U.S.

10. The U.S. Social Security Administration (SSA) reported that social security account number XXX-XX-7969 was a valid account but issued in different name to an individual who is deceased.

11. Your Affiant searched the Nebraska Criminal Justice Information System (NCJIS) which showed wages were paid in Nebraska to Guadalupe Zuniga under SSN XXX-XX-7969 from the 4th quarter of 2023, through the 3rd quarter of 2024, by Maxum Group LLC. Your Affiant has requested employment records from Maxum Group LLC for the employee using SSN XXX-XX-7969 and is awaiting production of the records.

12. **Carina Guadalupe SALAZAR-ZUNIGA** was arrested as a material witness as part of the investigation of Angela URRUTIA-CRUZ and Miguel SALAZAR-ZUNIGA and brought to the DHS ERO office in Omaha, NE, for processing. During processing, fingerprints were obtained from **Carina Guadalupe SALAZAR-ZUNIGA** and submitted in the FBI's Integrated Automated Fingerprint Identification System (IAFIS[1]) and the DHS's Automated Biometric Identification System (IDENT[2]). The FBI IAFIS did not identify any previous arrests or convictions for Car**ina Guadalupe**

---

[1] An FBI Privacy Impact Assessment defines IAFIS as "The FBI maintains an automated database that integrates criminal history records, including arrest information and corresponding disposition information, submitted by Federal, State, local, tribal, and certain foreign criminal justice agencies. Each State has a criminal records repository responsible for the collection and maintenance of criminal history records submitted by law enforcement agencies in its State. The State record repositories are the primary source of criminal history records maintained at the FBI. Currently, the FBI maintains criminal history records on more than 56.8 million different individuals, with many of the individuals having multiple entries of separate encounters with the criminal justice system.

[2] A DHS Privacy Impact Assessment states: "The Automated Biometric Identification System (IDENT) is the central DHS-wide system for storage and processing of biometric and associated biographic information for national security; law enforcement; immigration and border management; intelligence; background investigations for national security positions and certain positions of public trust; and associated testing, training, management reporting, planning and analysis, or other administrative uses."

**SALAZAR-ZUNIGA** in the U.S. The DHS IDENT system indicated a positive response for **Carina Guadalupe SALAZAR-ZUNIGA** under Fingerprint Identification Number (FINS) 15060417.

13. Your Affiant reviewed the DHS IDENT applications and encounters associated to FINS 15060417, which revealed **Carina Guadalupe SALAZAR-ZUNIGA** applied for and was issued a U.S. border crossing card (BCC) at the U.S. Consular Office in Hermosillo, Mexico, on April 6, 2004, allowing legal, temporary entries into the U.S. as a temporary visitor from Mexico. The application indicates **Carina Guadalupe SALAZAR-ZUNIGA** was born on October 11, 1982, in Culiacan, Sinaloa, Mexico.

14. As a result of the positive match of fingerprints, your Affiant was able to positively identify **Carina Guadalupe SALAZAR-ZUNIGA**. Deportation Officers with U.S. Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO), assigned a unique alien file number (A240 065 047) to **Carina Guadalupe SALAZAR-ZUNIGA** on May 28, 2025.

15. On May 28, 2025, HSI Omaha Special Agents interviewed **Carina Guadalupe SALAZAR-ZUNIGA**, and she stated she was born in Mexico, is a citizen of Mexico, and her name is **Carina Guadalupe SALAZAR-ZUNIGA**, DOB: October 11, 1982. During the post-Miranda interview, **Carina SALAZAR-ZUNIGA** admitted she agreed to pay a smuggler from Sonora, Mexico, $10,000 USD to cross her into the United States in Arizona illegally from Mexico in September 2024.

16. A search of DHS indices failed to produce any current records showing any application had been made for **Carina Guadalupe SALAZAR-ZUNIGA** to lawfully enter or reside in the United States. Immigration record checks indicate **Carina**

Guadalupe **SALAZAR-ZUNIGA** was not encountered during her unlawful entry into the United States in September 2024. A search of Department of Homeland Security databases found no records of **Carina Guadalupe SALAZAR-ZUNIGA** applying for or being issued lawful permanent residence status or a social security number in the United States.

17. Based on these facts, your Affiant has reason to believe **Carina Guadalupe SALAZAR-ZUNIGA** possessed fraudulent identification documents, to wit: a counterfeit permanent resident card (Form I-551), number XXX-XX-917, and a counterfeit social security card, number XXX-XX-7969, in violation of Title 18, United States Code, Section 1546(a) (Fraud and Misuse of Visas, Permits and Other Documents).

18. Based upon the foregoing, your Affiant respectfully requests this Court issue an arrest warrant for **Carina Guadalupe SALAZAR-ZUNIGA**.

19. Your Affiant declares under the penalty of perjury that the foregoing facts and circumstances are true and correct to the best of his knowledge and belief.

Mark Lee
Special Agent
Homeland Security Investigations

SUBSCRIBED and SWORN to before me by telephone or other reliable electronic means this 1st day of July 2025.

MICHAEL D. NELSON
U.S. Magistrate Judge
United States District Court